UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-20216-CIV-GOLD/WHITE

GWENDOLYN COLLINS,

    Plaintiff,

v.

HOMESTEAD CORRECTIONAL INSTITUTION,
et al.

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [DE 71]; GRANTING MOTION FOR SUMMARY JUDGMENT [DE 63]; CLOSING CASE

THIS CAUSE is before the Court upon Magistrate Judge Patrick A. White's Report and Recommendations **[DE 71]** ("the Report") regarding Defendants' Motion for Summary Judgment **[DE 63]**. In the Report, Magistrate Judge White recommends that Defendants' Motion for Summary Judgment be granted because "because there is no showing by the plaintiff that they were deliberately indifferent [and therefore there was no constitutional violation], and because the defendants are entitled to qualified immunity." **[DE 71, p.17]** (brackets in original). No objections were timely filed. Having reviewed the relevant submissions, the applicable law, and being otherwise duly advised in the Premises, it is hereby

    ORDERED AND ADJUDGED that:

1.     The Report **[DE 71]** is ADOPTED AND AFFIRMED.
2.     Defendants' Motion for Summary Judgment **[DE 63]** is GRANTED.
3.     All pending motions are DENIED AS MOOT and all upcoming hearings are CANCELLED.

4.  This case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this __19__ day of May, 2010

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT COURT JUDGE

cc:
Magistrate Judge Patrick A. White
All Counsel of Record